Monroe County, Rosenbloom, J.—Attorneys' Fees.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.

■ L. Louise Rozwell, Appellant, v Philanz Oldsmobile, Inc., et al., Defendants and Philip J. Lanzatella, Individually and as President of Philanz Oldsmobile, Inc., Respondent. (Appeal No. 5.)—Appeal unanimously dismissed without costs. Memorandum: This cross appeal by plaintiff with respect to Lanzatella must be dismissed (see, Rozwell v Philanz Oldsmobile [appeal No. 4], 187 AD2d 939 [decided herewith]). (Appeal from Oral Ruling of Supreme Court, Monroe County, Rosenbloom, J.—Dismiss Causes of Action.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.)

■ In the Matter of Committee to Preserve the Character of Skaneateles, Appellant, v Charles T. Major et al., Constituting the Town Board of the Town of Skaneateles, Respondents. Almor Associates, Intervenor-Respondent. (Appeal No. 1.)—Appeal unanimously dismissed without costs (see, Matter of Aho, 39 NY2d 241, 248). (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Summary Judgment.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.

■ In the Matter of Committee to Preserve the Character of Skaneateles, Appellant, v Charles T. Major et al., Constituting the Town Board of the Town of Skaneateles, Respondents. Almor Associates, Intervenor-Respondent. (Appeal No. 2.)—Judgment unanimously modified on the law and as modified affirmed without costs and judgment granted in accordance with the following Memorandum: Petitioner appeals from a judgment of Supreme Court that granted respondents' motion for summary judgment dismissing the CPLR article 78 petition. In that petition, petitioner sought to invalidate respondents' resolution rezoning a parcel of land owned by intervenor. Because that resolution was a legislative act, it may be challenged in a declaratory judgment action but not in an article 78 proceeding (see, Matter of Mayerat v Town Bd., 185 AD2d 699; Matter of Nassau Shores Civic Assn. v Colby, 118 AD2d 782, 783, mot to dismiss appeal granted 68 NY2d 808; Matter of Swanick v Erie County Legislature, 103 AD2d 1036, 1037, appeal dismissed 64 NY2d 1039; see also, CPLR 7801). We therefore reinstate the petition and convert this matter to a declaratory judgment action (see, CPLR 103 [c]; Matter of Mayerat v Town Bd., supra; Matter of Swanick v Erie County Legislature, supra, at 1037) and denominate the parties accordingly.